## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAE H. OH, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 16-5127 (MF) *(Lead)* |
| -vs- | |
| CAVALRY SPV I, LLC; SCHACHTER PORTNOY, LLC, *et al.*, | |
| Defendants. | |
| DZMITRY HRUSHKOUSKI, individually and on behalf of those similarly situated, | |
| Plaintiff, | Civil Action No. 16-6798 (MF) *(Consolidated)* |
| -vs- | |
| SCHACHTER PORTNOY, LLC, *et al.*, | |
| Defendants. | |
| ESTIME DIEUVEILLE, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 17-2312 (MF) *(Consolidated)* |
| -vs- | |
| CAVALRY SPV I, LLC; CAVALRY PORTFOLIO SERVICES, *et al.*, | |

|                          |   |           |
|--------------------------|---|-----------|
|                          | : |           |
| **Defendants.**          | : | **ORDER** |
|                          | : |           |

**THE COURT** having been advised that the parties have reached a proposed class action settlement encompassing the above three actions; and based upon same;

**IT IS on this 13th day of May 2019,**

**ORDERED** that, any motion for preliminary approval of a class action settlement be filed on or before **June 1, 2019**.

s/Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**
